UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) FRANLY HERRERA-HERRERA<br>(2) YOEFFERMAN ROBLES SOTO<br>(3) JOSE HERRERA<br>(4) DANIEL MENDEZ UBRI<br>(5) WAYESTAR CONCEPCION<br>(6) ANDRI PIMENTAL ARIAS<br>(7) ALEXANDER GERMAN<br>(8) JOSEPH POST<br>(9) BRUCE WELLS<br>(10) BREXTON BOUDLE<br>(11) MICHAEL SAVARD<br>(12) TRENTON MURPHY<br>(13) JADE MARKHAM<br>(14) HOPE CASSIN<br><br>Defendants. | No. 24-CR-99-LM-TSM-01/14 |

# **INDICTMENT**

The Grand Jury charges:

**Count One**
**21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), & 846**
**Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance**

Beginning on a date no later than September 1, 2022 and continuing to on or about October 8, 2024, in the Districts of New Hampshire, Massachusetts and elsewhere, the defendants,

**FRANLY HERRERA-HERRERA**
**YOEFFERMAN ROBLES SOTO**
**JOSE HERRERA**
**DANIEL MENDEZ UBRI**
**WAYESTAR CONCEPCION**
**ANDRI PIMENTAL ARIAS**

**ALEXANDER GERMAN**
**JOSEPH POST**
**BRUCE WELLS**
**BREXTON BOUDLE**
**MICHAEL SAVARD**
**TRENTON MURPHY**
**JADE MARKHAM and**
**HOPE CASSIN**

knowingly and willfully combined, conspired, confederated, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

The conduct of FRANLY HERRERA-HERRERA as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

The conduct of YOEFFERMAN ROBLES SOTO as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

<u>NOTICE OF FORFEITURE</u>

Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and

any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses.

A TRUE BILL

Dated: October 9, 2024  /s/ Foreperson
Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney
District of New Hampshire


By: /s/ Heather A. Cherniske
Heather A. Cherniske
Assistant United States Attorneys